IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DINAH LEE** | § | **PLAINTIFF** |
| | § | |
| | § | **Cause No. 1:02CV431** |
| **v.** | § | |
| | § | |
| **MISSISSIPPI GAMING** | § | |
| **COMMISSION, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the motion for summary judgment filed by Defendants Larry Gregory and Sonny Weathersby in their individual capacities, and the Court having previously dismissed Plaintiff's claims against the Mississippi Gaming Commission and Larry Gregory and Sonny Weathersby in their official capacities, the Court, after a full review and consideration of the Defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants Larry Gregory and Sonny Weathersby in their individual capacities pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 26th day of January, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE